THIS OPINION HAS
 NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Edward D.
 Sloan, Jr., Appellant,
 v.
 James H. Rex,
 Superintendent of Education,[1] Respondent.
 
 
 

Appeal From Richland County
 James R. Barber, Circuit Court Judge
Memorandum Opinion No. 2008-MO-003
Heard December 5, 2007  Filed January 14,
 2008   
AFFIRMED

 
 
 
 Jennifer J. Miller and James G. Carpenter, both of The Carpenter
 Law Firm, of Greenville, for Appellant.
 Shelly Bezanson Kelly, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Affirmed
 pursuant to Rule 220(b)(1), SCACR, and
the following
 authorities: Keyserling v. Beasley, 322 S.C. 83, 470 S.E.2d 100 (1996)
 (Article III, § 17 does not preclude the legislature from dealing with several
 branches of one general subject in a single act); Sloan v. Wilkins, 362 S.C. 430, 608 S.E.2d 579 (2005) (Article III, § 17 is
 to be liberally construed to uphold an Act if practicable); and Hercules, Inc. v. S.C. Tax Commn, 274 S.C. 137, 141-142, 262 S.E.2d 45, 47-48
 (1980) (Article III, § 17 requires the topics in the body of the act [be]
 kindred in nature and hav[e] a legitimate and natural association with the
 subject of the title, and that the title conveys reasonable notice of the
 subject matter to the legislature and the public.)
AFFIRMED.
TOAL,
 C.J., MOORE, WALLER, PLEICONES and BEATTY, JJ., concur.

[1] Pursuant to Rule 236(d), SCACR, we substitute the
 current Superintendent of Education, James H. Rex, for the original named
 party, Inez M. Tenenabaum, who ceased to hold office during the pendency of
 this appeal.